LOUISE METCALFE, Respondent, v. SUFFERN SAVINGS AND LOAN ASSOCIATION, Respondent, and ROBERT F. CUTLER, Impleaded Defendant, Appellant.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

ZOHA DOUGLASS, Doing Business as STEPHEN A. DOUGLASS COMPANY, Respondent, v. PEDRO J. SMITH et al., Appellants.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of the Arbitration between CLIFFORD HALEY and Others Concerning LIQUIDOMETER CORPORATION and the Union Employees of Its Factory and UNITED ELECTRICAL RADIO AND MACHINE WORKERS OF AMERICA. CLIFFORD HALEY et al., Appellants; LIQUIDOMETER CORPORATION et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

NEW YORK DOCK TRADE FACILITIES CORPORATION, Appellant, v. CAROL MANAGEMENT CORPORATION, Respondent, et al., Defendants.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant, v. MAX GREBIN, Doing Business as S. N. GARDEN GARAGE, Respondent.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

BEIDLER & BOOKMYER, INC., Appellant, v. INSURANCE COMPANY OF NORTH AMERICA, Respondent.—

Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Arbitration between SLOIMA SNAIDER, Respondent, and MANO HOFFNER FUR CORPORATION, Appellant.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of HARRY RAPPORT for Reinstatement as an Attorney.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of HERMAN C. POLLACK for Reinstatement as an Attorney.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.